```
              IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF ARKANSAS
                       FAYETTEVILLE DIVISION


BRIAN T. JORDAN                                              PLAINTIFF


            v.              Civil No. 11-5172


SGT. BRANDON CARMEAN; DEPUTY
MICHAEL NIEL; INVESTIGATOR JEREMY D.
FELTON; INVESTIGATOR KENNETH PAUL;
and PROSECUTING ATTORNEY
STEPHANIE MCLENORE                                          DEFENDANTS
```

### ORDER

NOW on this 28th day of November 2011, comes on for consideration the Report and Recommendation (R&R) of the Magistrate Judge (document #15), filed on October 19, 2011, and the objections to the Report and Recommendation of the Magistrate Judge (document #20), filed on November 2, 2011. The Court, being well and sufficiently advised, finds and orders as follows with respect thereto:

1. The plaintiff filed this civil rights action under the provisions of 42 U.S.C. § 1983 *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(e), the Court has the obligation to screen any complaint filed *in forma pauperis*.

2. In his R&R filed October 19, 2011 (document #15), U.S. Magistrate Judge James R. Marschewski, recommends that several of plaintiff's claims be dismissed. Particularly, the R&R recommends the following:

* that plaintiff's claims against Prosecuting Attorney Stephanie McLenore be dismissed because the prosecuting attorney is

immune from suit;

    * that plaintiff's claims that he was falsely charged with witness tampering be dismissed; and,

    * that plaintiff's claims for malicious prosecution be dismissed.

    3.   The plaintiff filed timely objections to the R&R, contending that both Stephanie McLenore and investigator Kenneth D. Paul knew the charges of witness bribery were false.

    4.   After a review of the matter, the Court finds that plaintiff's objections offer nothing either in law or fact which would warrant rejection of the R&R.  The objections of the plaintiff (document #20) will, therefore, be overruled and the R&R will be adopted *in toto*.

    **IT IS THEREFORE ORDERED**

    * that the objections of the plaintiff (document #20) to the **Report And Recommendation** of the Magistrate Judge should be, and they hereby are, **overruled**; and

    * that the said **Report and Recommendation** of the Magistrate Judge should be, and it hereby is, **adopted *in toto***.

    **IT IS FURTHER ORDERED** that the following claims be dismissed:

    * plaintiff's false arrest claims;

    * plaintiff's malicious prosecution claims;

    * plaintiff's claims against Prosecuting Attorney Stephanie McLenore; and

\* plaintiff's claims against Investigator Kenneth Paul.

**IT IS SO ORDERED.**

      /s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE

-3-